UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| JAMES HAMBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 7:15-CV-125-FL |
| SETERUS, INC, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 10, 2016, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is granted. Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on March 10, 2016, and Copies To:**

James Hamby (via U.S. Mail) 208 Parkwood Drive, Jacksonville, NC 28540
Michael C. Griffin (via CM/ECF Notice of Electronic Filing)
Jasmine Kelly Gardner (via CM/ECF Notice of Electronic Filing)


March 10, 2016             JULIE RICHARDS JOHNSTON, CLERK
                                                /s/ Christa N. Baker
                                         (By) Christa N. Baker, Deputy Clerk